# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Don Juan R. Rainey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00491-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| B.L. Davis | ) | |
| C.E. Singer, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2016 Order.

May 12, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court